## Individual cases

| | Rate Requested | Rate Awarded | Total request | Total award |
|---|---|---|---|---|
| *In re Lopuhovsky,* Docket 5:18-bk-06238-RNO, Doc. 70 (Bankr. M.D. Pa. March 6, 2019) (Chapter 13 Fee Application) | $415 | $415 | $18,188.74 | $18,188.74 |
| *Romeo v. Simm Assocs., Inc.,* 170 F. Supp. 3d 750 (M.D. Pa. 2016) | $375 | $375 | $19,121.05 | $19,121.05 |
| *Reed v. Heller's Gas,* Docket 5:13-ap-00207-JJT, Doc. 74 (Bankr. M.D. Pa. Jan. 7, 2016) | $325/$350 | $325/$350 | $46,359.68 | $46,359.68 |
| *Evankavitch v. Green Tree Servicing, LLC,* 2014 WL 4437645 (M.D. Pa. Sept. 9, 2014) | $315 | $315 | $93,764.79 | $86,351.94 |
| *Diskin v. Comm. Fin. Sys.*, Docket 5:12-ap-00262, Doc. 25 (Bankr. M.D. Pa. Dec. 30, 2013) | $300/$315 | $300/$315 | $12,500.00 | $12,500.00 |
| *Lukawski v. Client Servs., Inc.*, 2013 WL 6154544 (M.D. Pa. Nov. 22, 2013) | $300/$315 | $300 / $315 | $26,945.66 | $24,938.21 |
| *Grochowski v. Comm. Fin. Sys.*, Docket 5:11-ap-00223, Doc. 45 (Bankr. M.D. Pa. Dec. 19, 2012) | $290/$300 | $290/$300 | $29,782.77 | $29,782.77 |
| *Gryzbowski v. I.C. Sys., Inc.,* 2010 WL 2470853 (M.D. Pa. June 15, 2010) | $275 | $275 | $23,419.54 | $23,419.58 |
| | | | ========= | ========= |
| | | | $270,082.23 | $260,661.97 |

## Class cases

| | Rate Requested | Rate Awarded | Total request | Total award |
|---|---|---|---|---|
| *Elaine v. Credit Control LLC,* 2018 WL 1705959 (E.D. Pa. Apr. 9, 2018) | $410/$450 | $410/$450 | $140,582.45 | $140,582.45 |
| *Blandina v. Midland Funding, LLC*, 2016 WL 3101270 (E.D. Pa. June 1, 2016) | $410 | $410 | $245,000.00 | $245,000.00 |
| *Good v. Nationwide Credit, Inc.,* 314 F.R.D. 141 (E.D. Pa. 2016) | $375 | $375 | $125,000.00 | $125,000.00 |
| *Richards v. Client Servs., Inc.,* 2015 WL 5836274 (M.D. Pa. Oct. 5, 2015) | $350 | $350 | $54,367.35 | $54,367.35 |
| *Dorrance v. ARS Nat. Servs., Inc.*, 2015 WL 2213514 (M.D. Pa. May 11, 2015) | $350 | $350 | $32,500.00 | $26,000.00 |
| | | | ========= | ========= |
| | | | $597,449.80 | $590,949.80 |

% Awarded

100.00%

100.00%

100.00%

92.09%

100.00%

92.55%

100.00%

100.00%

=========

96.51%


% Awarded

100.00%

100.00%

100.00%

100.00%

80.00%

=========

98.91%