IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Dominic Joseph DeCantis,<br><br>Debtor<br><br>In re Dominic Joseph DeCantis,<br><br>Appellant<br><br>Trustee Jack Zaharopoulos,<br><br>Appellee | Bankruptcy No. 5:22-bk-01826-MJC<br><br>Chapter 13 |

**Appellant's Certificate Pursuant to Bankruptcy Rule 8009(b)(1)**

Transcripts of the hearings that were held on May 30, 2024 and on August 7, 2024 are already on file. Appellant has not ordered any additional transcripts.

s/Carlo Sabatini
Carlo Sabatini, Bar Number PA 83831
Attorney for Apellant
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Email ecf@bankruptcypa.com
