IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Dominic Joseph DeCantis,<br><br>Debtor<br><br>In re Dominic Joseph DeCantis,<br><br>Appellant<br><br>Trustee Jack Zaharopoulos,<br><br>Appellee | Bankruptcy No. 5:22-bk-01826-MJC<br><br>Chapter 13 |

**APPELLANT'S FED R. BANKR. P. 8009
DESIGNATION OF ITEMS IN RECORD OF APPEAL AND
STATEMENT OF ISSUES TO BE PRESENTED**

*Designation of Items in Record of Appeal*

Appellant requests that the record on appeal include the docket entries kept by the bankruptcy clerk, as well as the following items that Appellant designates, all of which are already of record and on file with the Clerk:

1. The items docketed at the following docket entries, including each exhibit to each identified item: 1, 5, 12, 23, 28, 48 – 50, 52 – 53, 57, 60 – 61, 63, and 70.

2. The transcripts of the hearings held on May 30, 2024 and August 7, 2024.

*Statement of Issue Presented*

1. Whether the court erred in reducing the attorney's fees requested by Appellant.

s/Carlo Sabatini
Carlo Sabatini, Bar Number PA 83831
Attorney for Debtor
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Phone (570) 341-9000
Email ecf@bankruptcypa.com
