United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dominic Joseph DeCantis  
    Debtor

Case No. 22-01826-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 30, 2025      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dominic Joseph DeCantis, 830 N Main Ave, Scranton, PA 18504-1517 |
| 5497232 | | Arrow Financial Services, LLC, 2605 Camino del Rio S, San Diego, CA 92108-3706 |
| 5504087 | + | City of Scranton, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 5497234 | | City of Scranton, c/o Portnoff Law Associates, Ltd., PO Box 3020, Norristown, PA 19404-3020 |
| 5497230 | | DeCantis Dominic Joseph, 830 N Main Ave, Scranton, PA 18504-1517 |
| 5497235 | | Fidelity Bank, PO Box 997, Scranton, PA 18501-0997 |
| 5497236 | | Lackawanna County Treasurer Office, 123 Wyoming Ave, Scranton, PA 18503-2026 |
| 5497238 | + | Martin Rubin, Managing Attorney, Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5497243 | | Officer, Managing, or General Agent, LVNV Funding, LLC, PO Box 10466, Greenville, SC 29603-0466 |
| 5497242 | | Officer, Managing, or General Agent, Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2265 |
| 5497244 | | Officer, Managing, or General Agent, Arrow Financial Services, LLC, 2605 Camino del Rio S, San Diego, CA 92108-3706 |
| 5497245 | | Portnoff Law Associates, Ltd., PO Box 3020, Norristown, PA 19404-3020 |
| 5497246 | | PowerPay, LLC/Connexus Credit Union, PO Box 62426, King of Prussia, PA 19406-0395 |
| 5497231 | | Sabatini Freeman LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5497248 | | Single Tax Office, Lackawanna County Gov't Center, 123 Wyoming Ave, Scranton, PA 18503-2026 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2025 18:48:18 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | ^ | MEBN | Oct 30 2025 18:37:22 | U.S. Bank N.A., as trustee, on behalf of the J.P., c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5497233 | | EDI: BANKAMER | Oct 30 2025 22:36:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 5497549 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2025 18:47:27 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5497237 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 30 2025 18:47:35 | LVNV Funding, LLC, C/O Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5497239 | ^ | MEBN | Oct 30 2025 18:37:26 | Michael L Schuman, c/o Hayt, Hayt, & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5505656 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 30 2025 18:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5497241 | ^ | MEBN | Oct 30 2025 18:37:26 | Midland Funding, LLC, c/o Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2265 |
| 5497240 | | Email/Text: signed.order@pfwattorneys.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Oct 30 2025 18:38:00 | Midland Funding, LLC, c/o Pressler and Pressler, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 5497247 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2025 18:38:00 | Select Portfolio Sevices, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5497612 | ^ | MEBN | Oct 30 2025 18:37:21 | U.S. Bank N.A., as trustee, et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5498731 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2025 18:38:00 | U.S. Bank N.A., as trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5497249 | | EDI: COMCASTCBLCENT | Oct 30 2025 22:36:00 | Xfinity, PO Box 6505, Chelmsford, MA 01824-0905 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 5504086 | *+ | City of Scranton, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Dominic Joseph DeCantis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Randolph Wood | on behalf of Creditor City of Scranton jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Michelle McGowan | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 mimcgowan@raslg.com |

| | |
|---|---|
| Steven K Eisenberg | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE2 Asset Backed Pass-Through Certificates, Series 2006-FRE2 seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Dominic Joseph DeCantis (First Name, Middle Name, Last Name) | | Social Security number or ITIN: xxx–xx–6719<br>EIN: __–_____ |
| Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name | | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:22-bk-01826-MJC | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dominic Joseph DeCantis
aka Dominic DeCantis, aka Dominic J DeCantis

10/30/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**