## Sabatini Law Firm, LLC

216 N. Blakely St.
Dunmore, PA 18512

Statement as of: 11/12/2025

**Dominic Decantis**
**830 N Main Ave.**
**Scranton, PA 18504**

Our file number: 3590-001

### Rate Summary

| Professional | Gross | | Discount | | Net |
|---|---|---|---|---|---|
| Tiffany Bator | 0.10 hours at $135.00/hr | $13.50 | 0.00 hours | $0.00 | $13.50 |
| Carlo Sabatini | 1.00 hours at $415.00/hr | $415.00 | 0.00 hours | $0.00 | $415.00 |
| Ashley Weisenfluh | 3.50 hours at $150.00/hr | $525.00 | 0.87 hours | ($130.00) | $395.00 |
| Total: | 4.60 hours (before discount) | $953.50 | 0.87 hours | ($130.00) | $823.50 |

### Itemized Listing of Services

| Date | Description | Rate | | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 05/14/2024 | Verify that (1) Trustee's schedule of distribution is in complete conformity with plan; (2) plan funding is sufficient but no greater than it needs to be; (3) tasks that need completion have been or are set to be completed. Prepare interoffice memorandum and send the same to CS. | ASW | 150.00 | 0.60 | 90.00 | 0.00 |
| 05/15/2024 | Review interoffice memo to confirm case is on track. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/24/2024 | Analyze notice of mortgage payment change. Draft message to client regarding new mortgage payment amount. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 02/13/2025 | Do case ready to close checklist. | ASW | 150.00 | 0.60 | 90.00 | 0.00 |
| 02/14/2025 | Review case ready to close checklist. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/08/2025 | Review notice of mortgage payment change and analyze the same. | ASW | 150.00 | 0.30 | 45.00 | 0.00 |
| 09/08/2025 | Review info from ASW regarding case ending and mortgage payment. Call to client. They mailed another payment on Friday that isn't on trustee13 yet. Once that payment hits, they'll be overpaid by a little over $1.00. So I told them to stop paying. I also told them the new mortgage payment, but that we would send them something about that. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 09/09/2025 | Call to client regarding wage garnishment. I am going to send the letter to his boss as he was garnishing the wages, but Dom will tell him to stop too. Draft letter to employer. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 10/08/2025 | Email to McHale regarding distribution and discharge. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/13/2025 | Receive and review message from client regarding getting a new car. Email to McHale regarding discharge. | CS | 415.00 | 0.10 | 41.50 | 0.00 |

| Date | Description | Atty | Rate | Hours | Amount | Discount |
|---|---|---|---|---|---|---|
| 10/14/2025 | Review email from McHale regarding discharge. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 10/14/2025 | Email to McHale regarding case for her analysis on discharge. | CS | 415.00 | 0.20 | 83.00 | 0.00 |
| 10/23/2025 | Email to McHale regarding discharge. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/24/2025 | Receive, review, and respond to email from McHale regarding discharge. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 10/29/2025 | Receive and review notice that payments are complete. Draft pre-confirmation certification. Send the same to client. | ASW | 150.00 | 0.20 | 30.00 | 0.00 |
| 10/29/2025 | Receive and review cert in suport of discharge. Email to CS. | ASW | 150.00 | 0.10 | 15.00 | 0.00 |
| 10/30/2025 | File Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q). | TLB | 135.00 | 0.10 | 13.50 | 0.00 |
| 11/05/2025 | Receive and review discharge order. Task for final decree and closing letter. | ASW | 150.00 | 0.10 | 15.00 | -10.00 |
| 11/10/2025 | Review message from TLB regarding mortgage being behind. Review plan and claim and trustee 13. Email to CS. | ASW | 150.00 | 0.40 | 60.00 | 0.00 |
| 11/10/2025 | Review email from ASW regarding mortgage arrears and next steps. They should get the payment history and match it up with the payments. | CS | 415.00 | 0.10 | 41.50 | 0.00 |
| 11/10/2025 | Receive and review message from CS regarding mortgage/escrow. Review file. Email to CS with information on chain of events. | ASW | 150.00 | 0.80 | 120.00 | -120.00 |

|  |  |  |
|---|---:|---:|
| *Sub-total Fees:* | 953.50 | -130.00 |
| *Net Fees After Discount:* | **823.50** |  |

**Expenses**

**Total**

|  |  |
|---|---:|
| Net Fees After Discount: | 823.50 |
| Net Expenses After Discount: | 0.00 |
| *Total:* | **823.50** |