IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Dominic Joseph DeCantis

**CHAPTER:** 13

**Debtor** | **CASE NO.** 5:22-bk-01826-MJC

## ORDER

Upon consideration of the final fee application filed to Dkt. Entry 76, it is hereby ordered that the application is granted. Compensation is awarded in the amount of $50.00, and it is determined that all prior interim orders are final. Applicant shall file no further applications for fees in this matter.