UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Dominic Joseph DeCantis,** | : | Case No. 5:22-01826-MJC |
| | : | |
| Debtor. | : | |

# O R D E R

Upon consideration of the Final Application of Attorney for Chapter 13 Debtor for Compensation and Reimbursement of Expenses, filed on November 12, 2025, Doc. 76 ("Application") by Mr. Carlo Sabatini, Esquire as Counsel for the Debtor ("Applicant"), in which the Applicant requested final allowance of compensation in the amount of $50.00[1] for the period May 14, 2024 to November 10, 2025;

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation for professional services on the Application is **ALLOWED** in favor of the Applicant in the amount of **$50.00**.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: January 20, 2026

---

[1] The Court notes that Applicant has appealed the Order dated September 30, 2025, Doc. 63, which granted in part Applicant's Interim Fee Application. In the Order, the Court approved fees of $7,121.55 and reimbursement of expenses of $449.85. Upon motion of the Applicant, the District Court (Case No. 3:25-cv-1927-KM) stayed the appeal to allow this Court to enter an order on the Final Application.