**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DOMINIC DECANTIS,<br>Appellant,<br>v.<br>JACK N. ZAHAROPOULOS, et al.,<br>Appellees. | CIVIL ACTION NO. 3:25-CV-01927<br>(MEHALCHICK, J.) |

**ORDER**

**AND NOW**, on this 15th day of September, 2026, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that DeCantis's appeal is **DENIED** and the decision of the Bankruptcy Court is **AFFIRMED**. (Doc. 1). The Clerk of Court is directed to close this matter.

**BY THE COURT:**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**